# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

233 BROADWAY, SUITE 2370, NEW YORK, NY 10279

TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

March 2, 2018

*By ECF*
Honorable Alison J. Nathan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
40 Foley Street
New York, NY 10007

        Re:    United States v. Barffour Abeberse
                 Dkt. No. 15 Cr. 95 (AJN)

Dear Judge Nathan:

      I am writing with the government's consent to request another extension to submit a letter application for a modification of sentence/recommendation to the BOP. This request is made because I am waiting for records from the BOP and the NYC Department of Corrections (DOC) that are pertinent to the application. The DOC records have to be obtained through a Freedom of Information Law (FOIL) request, which is pending. However, it is uncertain when they will be received.

      Consequently, it is requested that the Court hold the application in abeyance and leave it to the defense as to when it will be filed; alternatively, that we be given until April 2, 2018 (one month) to provide the Court with an update.

      Thank you for your consideration.

Respectfully submitted,

//s//

Glenn A. Garber

cc:    AUSA Rachel Maimin