UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Barffour Abeberse,

              Defendant.

15-cr-95 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/22

ALISON J. NATHAN, District Judge:

    The Court received the attached letter from Defendant Abederese regarding his January 2018 request. The Court has redacted personal information pursuant to Federal Rule of Criminal Procedure 49.1. Defendant's letter withdraws his prior request that his federal sentence run concurrently with his prior discharged state sentences and renews his request that this Court credit the time he spent in federal custody between April 27, 2016, and October 16, 2017.

    The Government is hereby ORDERED to file a response on or before March 15, 2022.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the Defendant and note the mailing on the docket.

    SO ORDERED.

Dated: March 1, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

Baffuor Abeberese 77400-054

USP Florence – High

P.O. Box 7000

Florence, CO 81226

January 25, 2022

Case#: 15 Cr. 95 (AJN)



To The Honorable Alison J. Nathan

      I am writing you regarding an issue that I had addressed four years ago (1/21/18) about my federal sentence being ran concurrent with the state time that I served prior to this instant offense. This letter is not meant to impose or to rush your decision. I do realize that my issue was a bit confusing and because of that I would like to minimize my request. I am no longer asking for my federal sentence to be ran concurrent with my prior state sentence and I would like to apologize for any inconvenience.

      What I do still have a concern about is the time that I was not credited toward my current sentencing although I was in federal custody (in the Metropolitan Correctional Center) the whole time I fought this case. I understand that I was borrowed from the state on April 27th, 2016 and transferred into federal custody on a "Writ of Habeas Corpus", but instead of being "borrowed" I was kept and been a federal inmate ever since. Once my time finally started being credited it was already October 16th, 2017 and by that time I was in federal custody for 537 days, which is 17.9 months (calculated based on 30-day months), and yet it was recorded as if that were to be my first day.

      I am requesting that you please grant the missing time from April 27th, 2016 to October 16th, 2017. This shouldn't be an unusual request. You've granted this kind of request before for Robert Haughton and Judge William F. Kuntz 2nd did the same for Davon Brown. Also attached to this letter is a copy of my transcripts for certificates that I received from programs that I completed. They have slowed down due to institutions modified operations because of COVID-19, but the moment that I can I'll be enrolled back into as many programs as I can to help prepare myself for society.

I just want to get back to continue working on my career so I can take care of my family and give back to my community. I really do hope to hear something from your court soon. Thank you for your time.

Sincerely,

Baffuor Abeberese

77400-054

cc: Legal File



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ABEBERESE, BARFFUOR  77400-054

SEQUENCE: 02003732
Team Date: 11-15-2021

| | | |
|---|---|---|
| Facility: | FLP  FLORENCE HIGH USP | Proj. Rel. Date: 04-03-2025 |
| Name: | ABEBERESE, BARFFUOR | Proj. Rel. Mthd: GCT REL |
| Register No.: | 77400-054 | DNA Status: NYM04809 / 04-28-2016 |
| Age: | 29 | |
| Date of Birth: | [redacted] | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLP | UNASSIGNED | UNASSIGNED | 07-01-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLP | ESL HAS | ENGLISH PROFICIENT | 11-03-2017 |
| FLP | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-10-2017 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CAA | C | RPP1 RELEASE PREP ON HEALTH | 08-01-2020 | 09-06-2020 |
| CAA | C | OSHA | 10-08-2019 | 11-12-2019 |
| CAA | C | RPP1 RELEASE PREP ON HEALTH | 06-24-2019 | 07-05-2019 |
| CAA | C | MONEY SMART | 01-14-2019 | 03-30-2019 |
| CAA | C | RPP2 INTERVIEW/RESUME CLASS | 01-23-2019 | 03-06-2019 |
| CAA | C | PRACTICAL LIFE SKILLS | 01-24-2019 | 02-21-2019 |
| CAA | C | CONVERSATIONAL SPANISH CLASS | 01-23-2019 | 02-20-2019 |
| CAA | C | PARENTING CLASS | 12-03-2018 | 12-08-2018 |